PER CURIAM.
Affirmed. See McLaughlin v. State, 721 So.2d 1170 (Fla.1998); DuBoise v. State, 520 So.2d 260 (Fla.1988); Wheeler v. State, *446 898 So.2d 1052 (Fla. 2d DCA 2005); Jordan v. State, 103 So.3d 253 (Fla. 4th DCA 2012); McMillan v. State, 832 So.2d 946 (Fla. 5th DCA 2002); Hart v. State, 761 So.2d 334 (Fla. 4th DCA 1998); Cotton v. State, 395 So.2d 1287 (Fla. 1st DCA 1981).
DAVIS, C.J., and CRENSHAW and BLACK, JJ., Concur.